**2010–1784.  Richardson v. Alexander.**
In Habeas Corpus. On petition for writ of habeas corpus of Millard Richardson. Sua sponte, cause dismissed.

Brown, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.

**2010–1796.  Gibson v. Ohio Adult Parole Auth.**
In Habeas Corpus. On petition for writ of habeas corpus of Dennis R. Gibson Jr. Sua sponte, cause dismissed.

Brown, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.

**2010–1816.  Davis v. Alexander.**
In Habeas Corpus. On petition for writ of habeas corpus of Donald W. Davis. Sua sponte, cause dismissed.

Brown, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.

**2010–1824.  Dorman v. Alexander.**
In Habeas Corpus. On petition for writ of habeas corpus of Antuan Dorman. Sua sponte, cause dismissed.

Brown, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**2009–0627.  DIRECTV, Inc. v. Levin.**
Franklin App. No. 08AP–32, 181 Ohio App.3d 92, 2009-Ohio-636. On motion for admission pro hac vice of John Bergmayer by Peter A. Rosato. Motion granted.

**2009–1806.  State ex rel. Merrill v. Ohio Dept. of Natural Resources.**
Lake App. Nos. 2008–L–007 and 2008–L–008, 2009-Ohio-4256. On motions for admission pro hac vice of R.S. Radford and Luke A. Wake by David M. Gareau, of David L. Powers by Douglas G. Leak, and of Shannon Lee Goessling by James F. Lang. Motions granted.

**2009–2127.  [State ex rel.] Evans v. Sheward.**
In Mandamus. On motion to clarify the court's August 25, 2010 entry. Motion denied.

**2010–0114.  Nationwide Mut. Ins. Co. v. Briggs.**
Stark App. No. 2009 CA 00108, 2009-Ohio-6452. On motion to dismiss. Motion to dismiss denied.
Lanzinger, J., dissents.

**2010–0211.  State ex rel. Baker v. Coast to Coast Manpower, L.L.C.**
Franklin App. No. 09AP–287, 2009-Ohio-6663. On motions to strike argument in supplemental citations and to consolidate. Motions denied. Motion to strike denied as moot.
Brown, C.J., would grant the motion to consolidate.
Lanzinger, J., not participating.

**2010–0659.  State v. Estrada–Lopez.**
Butler App. No. CA2008–12–291, 186 Ohio App.3d 328, 2010-Ohio-732. On motion to hold cause in abeyance and to stay briefing. The motion is granted, and briefing is stayed until further notice. The parties shall notify the court when the Supreme Court of the United States has issued its decision in *Bullcoming v. New Mexico.*
Pfeifer, J., dissents.

**2010–0731.  In re C.P.**
Athens App. No. 09CA41, 2010-Ohio-1484. On motion for admission pro hac vice of Nadia Natasha Seeratan by Brooke M. Burns. Motion granted.